# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-00275 JLH/BD**

**JOEY MARTIN**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED 20th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE